FILED
CLERK, U.S. DISTRICT COURT

NOV - 1 2019

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: EDCR17-108-JGB |
| Plaintiff, ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| TINA LORRAINE MORIN, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the CENTRAL District of

CALIFORNIA for alleged violation(s) of the terms and conditions of probation or

supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)    The defendant has not met his/her burden of establishing by clear and

convincing evidence that he/she is not likely to flee if released under 18

U.S.C. § 3142(b) or (c).  This finding is based on the following:

(X)    information in the Pretrial Services Report and Recommendation

(X)    information in the violation petition and report(s)

( )    the defendant's nonobjection to detention at this time

(X)    other: Limited bail resources, noncompliance with terms of

1

1         supervision.

2      and/ or

3 B. (X)   The defendant has not met his/her burden of establishing by clear and

4         convincing evidence that he/she is not likely to pose a danger to the

5         safety of any other person or the community if released under 18 U.S.C.

6         § 3142(b) or (c). This finding is based on the following:

7         (X)   information in the Pretrial Services Report and Recommendation

8         (X)   information in the violation petition and report(s)

9         ( )   the defendant's nonobjection to detention at this time

10        (X)   other: Extensive criminal history, substance abuse, arrests while on

11            supervision.

12

13 IT THEREFORE IS ORDERED that the defendant be detained pending the further

14 revocation proceedings.

15

16

17 Dated: November 1, 2019            KENLY KIYA KATO

                             United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28